# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Healthcare Advanced Risk Technologies, Inc., et. al. | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **22-cv-4192-JS-AYS** |
| Terence Mills, et. al. | Date: **8/4/2022** |
| | Time in Court: **10:45 (50 mins.)** |

### MINUTE ENTRY FOR A CIVIL PROCEEDING

**SEALED PROCEEDING:** ☐ Yes  ☒ No

### I. APPEARANCES:

| | | | |
|---|---|---|---|
| Plaintiff | : **Adam Wolek, Esq.** | Court Reporter: | **Paul Lombardi** |
| Plaintiff | : **Matthew Krueger-Andes, Esq.** | FTR Time: | |
| Plaintiff | : **Dominique Carroll, Esq.** | Courtroom Deputy: | **Eric L. Russo** |
| Defendant | : **Eric Weissman, Esq.** | | |
| Defendant | : **Geoffrey Heineman, Esq.** | | |
| Defendant | : **Martin West, Esq.** | | |

### II. PROCEEDINGS HELD:

☐ Discovery Conference ☐ Initial Conference ☐ Pre-Motion Conference
☐ Evidentiary Hearing ☐ Motion Hearing ☒ Status/Pre-Trial Conference
☐ Fairness Hearing/Settlement Conference ☐ Preliminary Injunction Hearing ☐ Show Cause Hearing

☒ Other: Proceedings held via the Court's teleconferencing system.

### III. PROCEEDINGS SUMMARY:

☐ Initial Conference held.
  ☐ The parties summarized the details of the case.
  ☐ The parties were directed to file a proposed discovery schedule on or before _____.
  ☐ The Court adopted the joint proposed discovery schedule ☐ in its entirety; ☐ with revisions.
  ☐ The discovery schedule:
    ☐ will be entered under a separate order pursuant to the conference held.
    ☐ was set as follows:
      ☐ Exchange of Rule 26(a)(1) disclosures: _____
      ☐ Service of first interrogatories and document demands: _____
      ☐ Responses to first interrogatories and document demands: _____
      ☐ Motions to join new parties or amend the pleadings: _____
      ☐ Meet/confer regarding Rule 30(b)(6) depositions: _____
      ☐ Completion of all fact depositions: _____
      ☐ Identification of case-in-chief experts and service of Rule 26 disclosures: _____
      ☐ Identification of rebuttal experts and service of Rule 26 disclosures: _____
      ☐ Completion of all discovery, fact and expert: _____
      ☐ Commencement of summary judgment motion practice: _____
  ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge _____.
  ☐ See Section IV for additional details and/or rulings.

☐ Discovery Conference held.
   ☐ The parties advised the Court of the status of discovery in this case.
   ☐ The parties were directed to file a proposed amended discovery schedule on or before _____.
   ☐ The Court adopted the joint proposed amended discovery schedule ☐ in its entirety; ☐ with revisions.
   ☐ The discovery schedule:
      ☐ will be amended and entered under a separate order pursuant to the conference held.
      ☐ was amended as follows:
         ☐ Exchange of Rule 26(a)(1) disclosures: _____
         ☐ Service of first interrogatories and document demands: _____
         ☐ Responses to first interrogatories and document demands: _____
         ☐ Motions to join new parties or amend the pleadings: _____
         ☐ Meet/confer regarding Rule 30(b)(6) depositions: _____
         ☐ Completion of all fact depositions: _____
         ☐ Identification of case-in-chief experts and service of Rule 26 disclosures: _____
         ☐ Identification of rebuttal experts and service of Rule 26 disclosures: _____
         ☐ Completion of all discovery, fact and expert: _____
         ☐ Commencement of summary judgment motion practice: _____
   ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge _____.
   ☐ See Section IV for additional details and/or rulings.

☒ Pre-Motion Conference/Status Conference/Pre-Trial Conference held.
   ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
   ☒ The parties advised the Court of the status of this case.
   ☐ The following briefing schedule was set as to _____:
      ☐ _____ due by _____.
      ☐ _____ due by _____.
      ☐ _____ due by _____.
      ☐ _____ due by _____.
   ☐ The parties were directed to file a proposed briefing schedule on or before _____.
   ☐ The parties agreed to file fully briefed motion(s) on or before _____.
   ☐ The Movant(s) shall provide the Court with courtesy copies of the fully-briefed motion(s).
   ☐ The individual parties shall provide the Court with courtesy copies of their individual submissions.
   ☐ The Court respectively refers the motion(s) to Magistrate Judge _____:
      ☐ for purposes of submitting a Report and Recommendation for this Court's consideration.
      ☐ to rule on the motion(s) in its entirety.
   ☐ The Court accepted the proposed Joint Pre-Trial Order ☐ in its entirety; ☐ with revisions.
   ☐ The Court deemed this case ready for trial.
   ☐ The parties were directed to file the following jury selection/pre-trial documents:
      ☐ Exhibits and witness list by: _____.
      ☐ Proposed voir dire and/or case summary by: _____.
      ☐ Proposed request to charge and verdict sheet by: _____.
   ☒ See Section IV for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing held regarding _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called ☐ for the _____; ☐ for the _____.
    ☐ Exhibits were entered into evidence.
    ☐ The Court made the following ruling(s):
        ☐ Motion granted as to _____.
        ☐ Motion denied as to _____.
        ☐ Motion granted, in part, and denied, in part, as to _____.
        ☐ Motion found as moot as to _____.
        ☐ Decision reserved on _____.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section IV for additional details and/or rulings.

☐ Fairness Hearing/Settlement Conference held.
    ☐ Settlement negotiations took place between the Court and the parties, individually (*off the record*).
    ☐ The parties outlined the details of the settlement agreement.
    ☐ No party(ies) appeared opposing settlement.
    ☐ Objections to the proposed settlement were heard.
    ☐ The Court made the following ruling(s):
        ☐ Motion granted as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion denied as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion granted, in part, and denied, in part, as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Motion found as moot as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        ☐ Decision reserved on the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section IV for additional details and/or rulings.

☐ Preliminary Injunction Hearing held.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called ☐ for the _____; ☐ for the _____.
    ☐ Exhibits were entered into evidence.
    ☐ The Court made the following ruling(s):
        ☐ Motion granted as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
        ☐ Motion denied as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
        ☐ Motion granted, in part, and denied, in part, as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
        ☐ Motion found as moot as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
        ☐ Decision reserved on the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section IV for additional details and/or rulings.

☐ Show Cause Hearing held.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called ☐ for the _____; ☐ for the _____.
    ☐ Exhibits were entered into evidence.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    ☐ See Section IV for additional details and/or rulings.

### IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court and the parties listed above, only.

☒ Other:

> - The Court made rulings on the record that will be further outlined under a separate order.

### V. FURTHER PROCEEDINGS SET:

☒ No further conferences or hearings have been set at this time.
☐ Bench Trial: _____ at _____ before Judge _____.
☐ Discovery Conference: _____ at _____ before Judge _____.
☐ Evidentiary Hearing: _____ at _____ before Judge _____.
☐ Fairness Hearing: _____ at _____ before Judge _____.
☐ Jury Selection: _____ at _____ before Judge _____.
☐ Jury Trial: _____ at _____ before Judge _____.
☐ Motion Hearing: _____ at _____ before Judge _____.
☐ Preliminary Injunction Hearing: _____ at _____ before Judge _____.
☐ Pre-Motion Conference: _____ at _____ before Judge _____.
☐ Pre-Trial Conference: _____ at _____ before Judge _____.
☐ Settlement Conference: _____ at _____ before Judge _____.
☐ Show Cause Hearing: _____ at _____ before Judge _____.
☐ Status Conference: _____ at _____ before Judge _____.
☐ Other instructions regarding the proceedings set: