UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| HEALTHCARE ADVANCED RISK TECHNOLOGIES, INC., and INSPIRIEN HOLDING CORP., | : : : : | Case No.: 2:22-cv-04192-JS-AYS |
| Plaintiffs, | : : : | **STIPULATION TO EXTEND TIME TO RESPOND TO VERIFIED COMPLAINT** |
| v. | : : | |
| TERENCE MILLS, AI.IO CORP., JANE NEMCOVA, and VEUU, INC., | : : : | |
| Defendants. | : | |

-----------------------------------------------------------X

**WHEREAS**, on or about July 18, 2022, Plaintiffs Healthcare Advanced Risk Technologies, Inc., and Inspirien Holding Corp (collectively, the "Plaintiffs") filed a Verified Complaint against Defendants Terence Mills, AI.io Corp., Jane Nemcova, and Veuu, Inc. (collectively, the "Defendants"), in the above-titled action;

**WHEREAS**, Plaintiffs served the Summons, Complaint, and Motion for Preliminary Injunction on Defendant Veuu on July 21, 2022;

WHEREAS, Veuu's Answer or other response to the Complaint is due on or before August 11, 2022;

**WHEREAS**, Plaintiffs served the Summons, Complaint, and Motion for Preliminary Injunction on Defendant Terence Mills on July 21, 2022;

**WHEREAS**, Terence Mills's Answer or other response to the Complaint is due on or before August 11, 2022;

**WHEREAS**, Plaintiffs served the Summons, Complaint, and Motion for Preliminary Injunction on Defendant AI.io on July 22, 2022;

**WHEREAS**, AI.io's Answer or other response to the Complaint is due on or before

August 12, 2022;

**WHEREAS**, Defendants Mills, AI.Io and Veuu have requested an extension to September 2, 2022 to respond to the Plaintiffs' Complaint;

**WHEREAS**, the Plaintiffs have consented, and the Parties have agreed, to an extension of time until September 2, 2022, for Defendants to respond to the Complaint;

**WHEREAS**, the Parties have agreed to complete initial expedited expert discovery and exchange preliminary expert reports on or before September 16, 2022;

**WHEREAS**, the Parties have agreed to permit Plaintiffs to file a supplemental brief in support of their Motion for Preliminary Injunction on or before September 30, 2022, Defendants to file an opposition to Plaintiffs' supplemental brief on or before October 28, 2022, and Plaintiffs to file a reply concerning their supplemental brief on or before November 18, 2022, and a preliminary injunction hearing to be set as soon as practicable thereafter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for the Defendants Terence Mills, AI.io and Veuu, Inc. to answer, move or otherwise respond to the Complaint is extended through and including September 2, 2022.

Dated: August 11, 2022
   New York, New York

| | |
|---|---|
| **ROPERS MAJESKI PC** | **FOX ROTHSCHILD LLP** |
| /s/ Eric C. Weissman | /s/ Dominique J. Carroll |
| Eric C. Weissman | Dominique J. Carroll |
| 750 Third Avenue, 25th Floor | 997 Lenox Drive, Building 3 |
| New York, NY  10017 | Lawrenceville, NJ 08648-2311 |
| (212) 668-5927 | (609) 895-6706 |
| eric.weissman@ropers.com | DJCarroll@foxrothschild.com |
| | |
| *Attorneys for the Defendants* | *Attorneys for the Plaintiffs* |

- 3 -

So **ORDERED** and **SIGNED** this ___ day of _____, 2022.

_____
**ANNE Y. SHIELDS**
**United States Magistrate Judge**