

101 Park Avenue, 17th Floor
New York, NY  10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

DOMINIQUE J. CARROLL
Direct No: 609.895.6706
Email: DJCarroll@FoxRothschild.com

September 7, 2022

**Via ECF**

Honorable Anne Y. Shields, U.S.M.J.
United State District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722

Re:   **Healthcare Advanced Risk Technologies, Inc. et al. v. Mills et al.**
      **Case No.: 2:22-cv-04192-JS-AYS**

Dear Judge Shields:

    This firm represents the Plaintiffs in this litigation. Under Your Honor's August 8, 2022 scheduling order, counsel for all parties conferred and agreed to submission of a proposed schedule for expedited discovery. Counsel for all parties also agreed to extend certain deadlines contained in the parties' stipulation filed at ECF No. 23.

    The parties' requested changes and deadlines are reflected in the following table:

## CHART OF DEADLINES

| Event(s) | Current Deadline | Proposed Deadline |
|---|---|---|
| Complete initial expert discovery and exchange preliminary expert reports | September 16, 2022 | October 7, 2022 |
| Plaintiffs file their supplemental brief supporting their motion for a preliminary injunction | September 30, 2022 | October 21, 2022 |

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



September 7, 2022
Page 2

| Defendants file their opposition to Plaintiffs' supplemental brief | October 28, 2022 | November 18, 2022 |
| Plaintiffs file their reply brief supporting their motion for a preliminary injunction | November 18, 2022 | December 14, 2022 |

      If the Court is amenable and agrees with the modifications requested in this letter, we would appreciate if the Court would execute the "So Ordered" paragraph at the bottom of this letter. We thank the Court for its consideration of this matter. If the Court has any questions, we would be pleased to respond.

Respectfully,

*Dominique J. Carroll*

Dominique J. Carroll

cc: All Counsel of Record (via ECF)

SO ORDERED this _____ day of September, 2022

_____
Honorable Anne Y. Shields, U.S.M.J.