

**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

DOMINIQUE J. CARROLL
Direct No: 609.895.6706
Email: DJCarroll@FoxRothschild.com

January 27, 2023

*Via ECF*

Honorable Joanna Seybert, U.S.D.J.
United State District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

Re:    *Healthcare Advanced Risk Technologies, Inc. et al. v. Mills et al.*
       Case No.: 2:22-cv-04192-JS-AYS

Dear Judge Seybert:

On behalf of all the parties, we write to provide the Court with a joint status report. On January 20, 2023, the parties participated in a mediation session before the Hon. Steven M. Gold, U.S.M.J. (Ret.). The parties were unable to reach a resolution at the mediation session, and though they have continued negotiations, they have not resolved their disputes at this time.

It is Defendants' position that given the ongoing settlement discussions, the preliminary injunction hearing which is currently scheduled to begin on February 14, 2023 should be adjourned so that the parties may continue to focus on settlement. Plaintiffs disagree with Defendants' adjournment request, Defendants' actions are continuing to cause irreparable harm to the Plaintiffs, and Plaintiffs are prepared to proceed with the scheduled preliminary injunction hearing as currently scheduled before Your Honor because Plaintiffs believe the parties are not close to a resolution at this time and Plaintiffs do not want to delay the hearing. The parties are available at Your Honor's convenience to discuss this matter.

Respectfully,

Dominique J. Carroll

cc:    All Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington